IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHANIEL TUMBWE, #1659695,<br>Petitioner,<br><br>v.<br><br>RICK THALER, Director, TDCJ-CID,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | 3:12-CV-1723-P-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and **SUBSTITUTES** Director Rick Thaler as Respondent in this case.

SO ORDERED this 22nd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE